| 01/06/2025 | view71 | **ENDORSED ORDER denying without prejudice 69 DM's Unopposed Motion to Compel Compliance with District Court Disclosure Statement. The Court will direct the parties accordingly upon issuance of a mandate by the Eleventh Circuit regarding Defendants' appeal. Signed by Judge Paul G. Byron on 1/6/2025. (ND)** (Entered: 01/06/2025) |