UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2025

Ahmad Saad El-Gendi
Jundi Legal, PLLC
422 S ALAFAYA TRL STE 17
ORLANDO, FL 32828

Appeal Number: 24-12701-DD ; 24-13260 -JJ
Case Style: DM Management Transportation Services, Inc. v. US Mattress Depot, et al
District Court Docket No: 6:22-cv-02291-PGB-LHP

ORDER: Motion to consolidate appeals filed by Appellants US Mattress Depot and Deal Beds, LLC is GRANTED by clerk.

Appellant's brief is due 40 days from the date of the enclosed order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action